IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF ALEXANDER SILBERMAN, D.P.M. TO PRACTICE PODIATRY IN THE STATE OF NEW JERSEY.

Argued January 22, 1980—Decided August 5, 1980.

*Adrian M. Unger* argued the cause for appellant Alexander Silberman (*Milton M.* and *Adrian M. Unger*, attorneys; *Adrian M. Unger* and *Jack J. Stecher*, on the briefs).

*Bertram P. Goltz, Jr.*, Deputy Attorney General, argued the cause for respondent State Board of Medical Examiners (*John J. Degnan*, Attorney General of New Jersey, attorney; *Erminie L.*

*Conley*, Assistant Attorney General, of counsel; *Joan D. Gelber*, Deputy Attorney General, on the brief).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, reported at 169 *N.J.Super.* 243 (1979).

*For affirmance* —Chief Justice WILENTZ and Justices SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER, HANDLER and POLLOCK—7.

*For reversal* —None.